MANDAVIA EPHRAIM & BURG LLP
Anjani Mandavia (SBN 94092)
  *amandavia@mandaviallp.com*
David L. Burg (SBN 130403)
  *dburg@mandaviallp.com*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-9694
Fax:          (310) 492-9868

Attorneys for Defendants WARNER BROS. ENTERPRISES LLC, CBS STUDIOS, INC., VIACOMCBS, INC., MAKENNA PRODUCTIONS, INC., NETFLIX STREAMING SERVICES, INC., CBS CW NETWORK PARTNER, LLC, NATIONAL AMUSEMENTS, INC., and JODY CRAIG ZUCKER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAT RICKETTS,<br>                    Plaintiff,<br><br>v.<br><br>NATIONAL AMUSEMENT, INC., a Maryland Corporation, UNITED STATES COPYRIGHT OFFICES, a Government Agency, VIACOMCBS, LLC, a Delaware Corporation, CBS STUDIOS, INC., a Delaware Corporation, CBS CW NETWORK PARTNER, LLC, a Delaware Corporation, MAKENNA PRODUCTIONS, INC., a California Corporation, WARNER BROS. ENTERPRISES LLC, a Delaware Corporation, NETFLIX STREAMING SERVICES, INC., a Delaware Corporation, GREG BERLANTI, ROBBIE ROGERS, DANE MORCK, APRIL BLAIR, SPENCER PAYSINGER, ROBERT HARDY JR., JODY CRAIG ZUCKER, and DOES 1 through 10, inclusive,<br>                    Defendants. | Case No. 2:21-CV-00365 DSF (MRWx)<br><br>District Judge: Dale S. Fischer<br>Magistrate Judge: Michael R. Wilner<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS WARNER BROS. ENTERPRISES LLC, CBS STUDIOS, INC., VIACOMCBS, INC., MAKENNA PRODUCTIONS, INC., NETFLIX STREAMING SERVICES, INC., CBS CW NETWORK PARTNER, LLC, NATIONAL AMUSEMENTS, INC., AND JODY CRAIG ZUCKER TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*Complaint Filed*: January 11, 2021<br><br>*FAC Filed*: February 23, 2021<br><br>*Current Response Dates*:<br>May 20, 2021 – June 1, 2021<br><br>*New Response Date*: July 21, 2021 |

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Plaintiff Donat Ricketts ("Plaintiff") and Defendants Warner Bros. Enterprises LLC, CBS Studios, Inc., ViacomCBS, Inc. (erroneously sued herein as ViacomCBS, LLC), Makenna Productions, Inc., Netflix Streaming Services, Inc., CBS CW Network Partner, LLC, National Amusements, Inc., and Jody Craig Zucker (collectively the "Responding Defendants"), hereby stipulate – subject to the approval and order of this Court – that Responding Defendants may have to and including **July 21, 2021** to respond to Plaintiff's First Amended Complaint ("FAC").

This Stipulation is based on the following facts:

1. Defendants Warner Bros. Enterprises LLC, Makenna Productions, Inc., and Netflix Streaming Services, Inc., were served with the Summons and FAC on April 29, 2021, and their response to the FAC is currently due on May 20, 2021;

2. Defendants CBS Studios, Inc., ViacomCBS, Inc., and CBS CW Network Partner, LLC, were served with the Summons and FAC on May 4, 2021, and their response to the FAC is currently due on May 25, 2021;

3. Defendant National Amusements, Inc. was served with the Summons and FAC on May 6, 2021, and its response to the FAC is currently due on May 27, 2021;

4. Counsel for Responding Defendants agreed to accept service of the Summons and FAC on behalf of defendant Jody Craig Zucker on May 11, 2021, and his response to the FAC is currently due on June 1, 2021;

5. Responding Defendants intend to respond collectively to the FAC, and need additional time to review the FAC, and determine and prepare the appropriate response; and

6. Plaintiff expects to serve the remaining defendants within the next 30-45 days, and would prefer to have all responses to the FAC submitted at or around the same time, so that any motions filed in response to the FAC may be determined by the Court at one time.

Plaintiff and Responding Defendants therefore respectfully request that the Court extend the time for Responding Defendants to respond to the FAC to **July 21, 2021**.

Respectfully submitted,

DATED: May 17, 2021      MANDAVIA EPHRAIM & BURG LLP

By: */s/ Anjani Mandavia*
       Anjani Mandavia
       Attorneys for Responding Defendants

DATED: May 17, 2021              */s/ Donat Ricketts*
              Donat Ricketts
              Plaintiff

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 17, 2021      MANDAVIA EPHRAIM & BURG LLP

By: */s/ Anjani Mandavia*
       Anjani Mandavia
       Attorneys for Responding Defendants