MANDAVIA EPHRAIM & BURG LLP
Anjani Mandavia (SBN 94092)
  amandavia@mandaviallp.com
David L. Burg (SBN 130403)
  dburg@mandaviallp.com
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-9694
Fax:         (310) 492-9868

Attorneys for Defendants WARNER BROS. ENTERPRISES LLC, CBS STUDIOS, INC., VIACOMCBS, INC., MAKENNA PRODUCTIONS, INC., NETFLIX STREAMING SERVICES, INC., CBS CW NETWORK PARTNER, LLC, NATIONAL AMUSEMENTS, INC., and JODY CRAIG ZUCKER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAT RICKETTS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL AMUSEMENT, INC., a Maryland Corporation, UNITED STATES COPYRIGHT OFFICES, a Government Agency, VIACOMCBS, LLC, a Delaware Corporation, CBS STUDIOS, INC., a Delaware Corporation, CBS CW NETWORK PARTNER, LLC, a Delaware Corporation, MAKENNA PRODUCTIONS, INC., a California Corporation, WARNER BROS. ENTERPRISES LLC, a Delaware Corporation, NETFLIX STREAMING SERVICES, INC., a Delaware Corporation, GREG BERLANTI, ROBBIE ROGERS, DANE MORCK, APRIL BLAIR, SPENCER PAYSINGER, ROBERT HARDY JR., JODY CRAIG ZUCKER, and DOES 1 through 10, inclusive,<br>　　　　　　　　　Defendants. | Case No. 2:21-CV-00365 DSF (MRWx)<br><br>District Judge:  Dale S. Fischer<br>Magistrate Judge:  Michael R. Wilner<br><br>**STATUS REPORT RE APPEAL IN RELATED ACTION** |

Pursuant to the Court's Order dated August 16, 2021, Defendants Warner Bros. Enterprises LLC, CBS Studios, Inc., ViacomCBS, Inc. (erroneously sued herein as ViacomCBS, LLC), Makenna Productions, Inc., Netflix Streaming Services, Inc., CBS CW Network Partner, LLC, National Amusements, Inc., and Jody Craig Zucker (collectively the "Responding Defendants"), hereby submit the following report regarding the status of the appeal in the related action of *Ricketts v. CBS Corporations, et al.*, Case No.: 19-CV-03895 DSF (MRWx), currently before the Ninth Circuit *sub nom Ricketts v. Berlanti Productions, et al.*, Case No. 20-55912 (the "Appeal").

Oral argument in the Appeal has not yet been scheduled, and the parties have not been contacted by the court about possible dates for the argument.

The *Frequently Asked Questions* page on the Ninth Circuit's website indicates that oral arguments are scheduled in civil appeals approximately 9-12 months from completion of briefing (*see* ca9.uscourts.gov/general/faq/). Briefing in the Appeal concluded on June 1, 2021. Assuming the court's estimated timeframes remain accurate, oral argument before the Ninth Circuit should be scheduled by June 1, 2022.

Respectfully submitted,

DATED: March 17, 2022         MANDAVIA EPHRAIM & BURG LLP

By:   */s/ Anjani Mandavia*
Anjani Mandavia
Attorneys for Responding Defendants